1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS A. SANCHEZ, | ) | 1:11-cv-00607 GSA |
| | ) | |
| Plaintiff, | ) | **ORDER TO CLERK TO ISSUE** |
| | ) | **SUMMONS** |
| v. | ) | |
| | ) | **ORDER TO CLERK TO ISSUE** |
| MICHAEL J. ASTRUE, Commissioner of | ) | **SCHEDULING ORDER AND INITIAL** |
| Social Security, | ) | **CASE DOCUMENTS** |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

IT IS FURTHER ORDERED that the clerk shall cause a scheduling order and other necessary initial order, including service documents, relative to a Social Security appeal to issue in this action.

IT IS SO ORDERED.

**Dated:   May 9, 2011**              /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

1