# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS A. SANCHEZ, ) | 1:11-cv-00607 GSA |
|     Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, ) | |
|     Defendant. ) | |

On April 15, 2011, Plaintiff Dennis A. Sanchez filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of disability benefits. (Doc. 3.) His amended complaint was filed on May 4, 2011. (Doc. 5.) On May 10, 2011, the Court issued a Scheduling Order and Order re Consent or Request for Reassignment. (Doc. 9). The Order re Consent or Request for Reassignment provided that "all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment" within ninety (90) days. (*See* Doc. 9-1 at 1.) On May 27, 2011, the Commissioner of Social Security filed its Consent to Jurisdiction of United States Magistrate Judge. (Doc. 11.) To date, Plaintiff has failed to indicate whether or not he consents to or declines the jurisdiction of the magistrate judge.

1     Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** why the action should not be
2 dismissed for his failure to comply with the Court's May 10, 2011, order.  Plaintiff is
3 **ORDERED** to file a written response to this Order to Show Cause **WITHIN** ten (10) days of the
4 date of this Order, **or** Plaintiff may file the appropriate form - either consenting or declining the
5 jurisdiction of the magistrate judge - **WITHIN** ten (10) days of the date of this Order.  The Clerk
6 of the Court is directed to re-serve Plaintiff with a copy of the consent/decline form for his use.
7     Failure to respond to this Order to Show Cause within the time specified will result in a
8 recommendation that this matter be dismissed.

11     IT IS SO ORDERED.

12     **Dated:   September 12, 2011**            **/s/ Gary S. Austin**
                                                                                      UNITED STATES MAGISTRATE JUDGE