IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS A. SANCHEZ, | ) | 1:11cv607 GSA |
| | ) | |
| | ) | ORDER DISCHARGING |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | ORDER GRANTING MOTION |
| | ) | TO EXTEND TIME |
| | ) | |
| Defendant. | ) | (Doc. 17) |
| _____ | ) | |

On April 15, 2011, Plaintiff filed the present action in this Court. Plaintiff seeks a review of the Commissioner's denial of his disability benefits. On May 10, 2011, the Court issued a Scheduling Order. (Doc. 9). The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On or about September 9, 2011, Defendant lodged the administrative record. (Doc. 12). Pursuant to the Scheduling Order, Plaintiff was required to file the opening brief on or before December 13, 2011. On December 20, 2011, this Court issued an Order to Show Cause because Plaintiff had not filed an opening brief as ordered. Plaintiff filed a response to the Order to Show

1

Cause on January 3, 2012. (Doc. 17). He has requested an extension of time to file his opening brief on the basis that he was not aware that an opening brief was required. The Court will grant Plaintiff's Motion for an Extension, however, Plaintiff is reminded to read this Court's prior order issued on May 10, 2011 (Doc. 9). This order outlines the procedures the Court implements regarding Social Security cases and clearly indicates that an opening brief was required.

Plaintiff has not requested a date by which the brief should be filed. As such, **Plaintiff's opening brief shall be filed in this Court no later than February 10, 2012.** The opposition shall be filed no later than thirty days after the opening brief is filed. Plaintiff may file an optional reply brief no later than fifteen days after the filing of the opposition.

Plaintiff is advised that extensions of time are granted only when good cause is established. Failure to read this Court's orders is not good cause. However, because Plaintiff is pro se, the Court has granted the extension request. Future extension requests will be looked upon with disfavor if good cause does not exist. **Failure to file the opening brief as ordered will result in dismissal of this action.**

Based on the above, the Order to Show Cause issued on December 20, 2011 is DISCHARGED. Plaintiff's Motion for an Extension of Time is GRANTED. The parties shall file their pleadings in accordance with the dates outlined above. The Clerk of the Court is directed to serve Plaintiff with a copy of this order and this Court's previous order issued on May 10, 2011. (Doc. 9).

IT IS SO ORDERED.

Dated: **January 5, 2012**           /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

2